UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-20471-CIV-LENARD/GOODMAN

MARNI SKOK,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendants.
____________________________________/

## MEDIATION REPORT

MICHAEL P. ESSINGTON, ESQUIRE, the undersigned Certified Mediator reports to this Honorable Court as follows:

A. Mediation was held on September 16, 2016 @ 9:00 am.

***X*** An agreement was reached.

☐ No agreement was reached, impasse declared.

☐ The parties wish to adjourn the mediation and continue settlement negotiations.

☐ Other:

____________________________________________
____________________________________________
____________________________________________
____________________________________________
____________________________________________
____________________________________________
____________________________________________

B. All required parties participated.

## CERTIFICATE OF SERVICE

THE UNDERSIGNED MEDIATOR HEREBY CERTIFIES that on the 19th day of September, 2016, I electronically filed with the Clerk of this Court using CM/ECF this Notice of Mediation and also to all counsel of record on the attached Service List in the manner specified pursuant to CM/ECF Administrative Procedure.

/s/ Michael P. Essington
MICHAEL P. ESSINGTON, ESQ.
Florida Bar No.: 019127
Michael P. Essington, P.A.
1221 Brickell Avenue, Suite 2400
Miami, Florida 33131
(T)305-347-5678
(F)305-347-5676
(C)305-282-1783
michael.essington@yahoo.com

**CERTIFICATE OF SERVICE**

**SERVICE LIST**

**Robert L. Gardana**
12350 SW 132nd Court
Suite 204
Miami, FL 33186
305-358-0000
Fax: 305-358-1680
Email: rgardana@aol.com

**Valentina M. Tejera**
Carnival Corporation
3655 NW 87th Avenue
Miami, FL 33178
305-406-7556
Fax: 305-406-4732
Email: vtejera@carnival.com