UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 16-CV-20471-LENARD

AT LAW AND IN ADMIRALTY

MARNI SKOK,

Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

Defendant.
_________________________________/

## JOINT NOTICE OF SETTLEMENT

The parties, by and through undersigned counsel, pursuant to Local Rule 16.2.F.2 notify the Court that a settlement of this matter has been reached herein.

DATED this 19th day of September, 2016.

Robert L. Gardana, Esq.
Robert L. Gardana, P.A.
Counsel for Plaintiff
12350 SW 132nd Court, Suite 204
Miami, FL 33186
Tel: 305-358-0000
Fax: 305-358-1680
gardanalaw@gmail.com

By:__/s/ Robert L. Gardana______
Robert L. Gardana, Esq.
FL Bar # 279668

Valentina M. Tejera, Esq.
Carnival Corporation
Counsel for Defendant
3655 N.W. 87th Avenue
Miami, FL 33178-2428
Tel: 305-406-7556 Direct Line
Tel: 305-599-2600 x 18042 Assistant
Fax: 305-406-4732
vtejera@carnival.com

By:__/s/ *Valentina M. Tejera*________
Valentina M. Tejera, Esq.
FL Bar # 536946

**ATTORNEY SERVICE LIST**

*Skok v. CCL*
CASE NO.: 16-CV-20471-LENARD
United States District Court for the Southern District of Florida

Robert L. Gardana, Esq.
Robert L. Gardana, P.A.
Counsel for Plaintiff
12350 SW 132nd Court, Suite 204
Miami, FL 33186
Tel: 305-358-0000
Fax: 305-358-1680
gardanalaw@gmail.com

Valentina M. Tejera, Esq.
Carnival Corporation
Counsel for Defendant
3655 N.W. 87th Avenue
Miami, FL 33178-2428
Tel: 305-406-7556 Direct Line
Tel: 305-599-2600 x 18042 Assistant
Fax: 305-406-4732
vtejera@carnival.com